**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EASTERN LOGISTICS, INC.,       :    No. 669 MAL 2015

           Petitioner          :

                           :    Petition for Allowance of Appeal from

                           :    the Order of the Commonwealth Court

           v.                 :

WORKERS' COMPENSATION APPEAL    :

BOARD (BRANDON JENKINS),        :

           Respondents       :

<u>**ORDER**</u>

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.